UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YARIEL D. BROWN, MPA/PHD {2020};
COCO III; ZAZA,

                Plaintiffs,

-against-                        22-CV-7137 (LTS)

THE "GENTE" THAT HAVE AN UNUSUAL      ORDER OF DISMISSAL
ADVANTAGE OF TELE: AND WANT TO
COMPETE WITH ME AND TALK TO ME
24/7 NOT 7/11,

                Defendants.

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 24, 2022, the Court directed Plaintiffs, within thirty days, to each submit a completed request to proceed *in forma pauperis* (IFP) or pay the $402.00 in fees required to file a civil action in this court. The Court further directed Plaintiffs Coco III and Zaza, within 30 days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed IFP applications or paid the fees, and Plaintiffs Coco III and Zaza have not submitted original signatures.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] On September 6, 2022, the order was returned to the court with the notation, "Return To Sender Insufficient Address Unable to Forward, RTS." Plaintiffs have not provided the court with an updated address or had any further contact with the court.

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: September 28, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge