UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YARIEL D. BROWN, MPA/PHD {2020}; COCO III; ZAZA,,<br><br>                    Plaintiff,<br><br>        -against-<br><br>THE "GENTE" THAT HAVE AN UNUSUAL ADVANTAGE OF TELE: AND WANT TO COMPETE WITH ME AND TALK TO ME 24/7 NOT 7/11,,<br><br>                    Defendants. | 22-CV-7137(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 28, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 28, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge